UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Numbers: 15-22901-CV-MARTINEZ-WHITE
94-402-CR-MARTINEZ**

DANIEL ANGEL RODRIGUEZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION IN PART AND GRANTING UNOPPOSED MOTION TO CORRECT SENTENCE AND FOR IMMEDIATE RELEASE FROM CUSTODY**

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant Daniel Angel Rodriguez's motion to vacate his sentence, pursuant to 28 U.S.C. § 2255. Judge White filed a Report and Recommendation [ECF No. 50], recommending that: (1) the motion be granted in light of *Johnson v. United States*, 576 U.S. __, 135 S.Ct. 2551 (2015), (2) Movant's sentence be vacated, (3) Movant be resentenced following the preparation of an updated pre-sentence investigation report ("PSI"), and (4) no certificate of appealability issue.

However, following a review of the Report and Recommendation, the government has conceded that Movant is entitled to relief in light of *Johnson*. Moreover, Movant has filed an Unopposed Motion to Correct Sentence and for Immediate Release from Custody Pursuant to 28 U.S.C. § 2255 [15-22901, ECF No. 51; 94-402, ECF No. 198], in which Movant and the government stipulate to the following terms:

A.    Movant and the government waive their rights and all possible objections to any

amended non-Armed Career Criminal Act ("ACCA")-enhanced PSI prepared by Probation and Pretrial Services, based upon the Report and Recommendation;

B.      Movant and the government waive their rights to object to the Report and Recommendation;

C.      Movant and the government waive their rights to a resentencing hearing and request that this Court enter an Amended Judgment and issue an Order resentencing and correcting Movant's sentence to reflect 120 months as to both counts, to run concurrently, which represents the statutory maximum for 18 U.S.C. § 922(g) with credit for time served, followed by a period of three (3) years supervised release; and

D.      Movant and the government request that the Court include a notation with directions for expedited processing by the Bureau of Prisons and the United States Marshal's Service due to Movant's eligibility for immediate release, as he has already served 19 years imprisonment.

The Court has reviewed the entire file and record and notes that the parties have voluntarily waived their rights to object to the Report and Recommendation [ECF No. 51 at 3; ECF No. 198 at 3]. After careful consideration, the Court affirms and adopts the Report and Recommendation in part.

It is hereby **ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [ECF No. 50] is **AFFIRMED** and **ADOPTED IN PART**.

Accordingly, it is:

**ORDERED AND ADJUDGED** that

1.      Movant's Unopposed Motion to Correct Sentence and for Immediate Release from Custody Pursuant to 28 U.S.C. § 2255 [15-22901, ECF No. 51; 94-402, ECF No. 198] is **GRANTED**.

2. Movant's motion to vacate his sentence, pursuant to 28 U.S.C. § 2255, is **GRANTED**, and his sentence is **VACATED**. An amended judgment reflecting a corrected sentence of 120 months as to both counts of possession of a firearm by a convicted felon, to run concurrently, with credit for time served, followed by a period of three (3) years supervised release, will be forthcoming by the Court.

3. In light of this Order and corresponding amended judgment, the Bureau of Prisons and the United States Marshal's Service **SHALL EXPEDITE** any required processing due to Movant's eligibility for **immediate release**.

4. This case is **CLOSED,** and any pending motions are **DENIED AS MOOT**. No certificate of appealability shall issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of June, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Daniel Angel Rodriguez, #48128-004